ROBERT J. YORIO (SBN 93178)
ADRIAN R. WOLFF (SBN 197447)
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, CA 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff
IDEAFLOOD, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDEAFLOOD, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>DEMAND FOR JURY TRIAL |

Plaintiff Ideaflood, Inc. ("Ideaflood") hereby alleges for its Complaint against defendant Google, Inc. ("Google"), on personal knowledge as to its own activities, and on information and belief as to the activities of others, as follows:

**PARTIES**

1. Plaintiff Ideaflood is a Nevada corporation with a place of business in Fresno, California. Ideaflood is an intellectual property generation and holding company specializing in core Internet technologies.

2. Defendant Google is a Delaware corporation with its principal place of business in Mountain View, California. Google is best known for its web search and advertising technologies, but also operates a "blogger" service that allows users to create and maintain personal journals on the web. Plaintiff is informed and believes, and thereon alleges, that Google's blogger service,

among other things, collects information from a user, including a user-selected subdomain label, for use with a higher level domain name.

**JURISDICTION AND VENUE**

3.       This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1338(a), because this action contains a claim for patent infringement arising under the United States Patent & Trademark laws, 35 U.S.C. § 1 et seq.  In particular, Ideaflood alleges that the operation of Google's blogger service infringes Ideaflood's patent.

4.       Personal jurisdiction and venue for this action is proper in this Court pursuant to 28 U.S.C. § 1391(b)-(c), and 1400(b), in that Google resides in this District and a substantial part of the events and omissions by Google, including acts of infringement, giving rise to these claims occurred in this district.

**INTRA DISTRICT ASSIGNMENT**

5.       For the purposes of Civil L.R. 3-2(c), this Intellectual Property action may be assigned to any division of this Court.

**COUNT 1**
**PATENT INFRINGEMENT**
**(Infringement of U.S. Patent No. 6,687,746 B1)**

6.       On February 3, 2004, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 6,687,746 B1 ("the '746 Patent"), which is generally directed to a service for hosting domains and assigning domain names to users, wherein the domain name is defined, in part, by the user.  Ideaflood is the owner, by valid assignment, of all right, title, and interest in and to the '746 Patent.  A copy of the '746 Patent is attached to the Complaint as Exhibit A.

7.       Google, by operating its blogger service, has infringed and continues to infringe; has induced and continues to induce others to infringe; and/or has committed and continues to commit acts of contributory infringement of one of more of the claims of the '756 Patent.  Plaintiff is informed and believes, and thereon alleges, that Google's infringing activities in the United States in this District include the development, manufacture, use, sale and/or offer for sale of a service that infringes one or more of the claims of the '746 Patent.

1  ///

2  8. As a consequence of the infringing actions of Google regarding the '746 Patent as
3  complained of herein, plaintiff has suffered monetary damages in an amount not yet determined,
4  and plaintiff will continue to suffer irreparable damages in the future unless and until defendant's
5  infringing activities are enjoined by this Court.

6  9. As a result of Google's infringement of the '746 Patent, Ideaflood has been and will
7  continue to be injured in its business and property rights, and is entitled to recover damages for
8  such injuries pursuant to 35 U.S.C. § 284 in an amount to be determined at trial.

9  10. Google's infringement of the '746 Patent has been and continues to be deliberate and
10 willful, thereby rendering this an exceptional case pursuant to 35 U.S.C. §§ 284 and 285.

11 WHEREFORE, plaintiff prays for relief as hereinafter set forth.

12 **PRAYER FOR RELIEF**

13 WHEREFORE, Plaintiff Ideaflood requests entry of judgment in its favor and against
14 Google as follows:

15 A. Declaring that Google has infringed one or more claims of the '746 Patent;

16 B. Preliminarily and/or permanently enjoining Google and its officers, agents,
17 servants, employees, and attorneys, and all persons acting in active concert or participation with
18 them, from further infringing, contributing to, and/or inducing the infringement of the '746 Patent,
19 in accordance with 35 U.S.C. § 283;

20 C. Awarding Ideaflood damages in an amount adequate to compensate Ideaflood for
21 Google's infringement, in accordance with 35 U.S.C. § 284;

22 D. Increasing the damages to three times the amount found or assessed by virtue of
23 the deliberate and willful nature of Google's infringement, in accordance with 35 U.S.C. § 284;

24 ///
25 ///
26 ///
27 ///
28 ///

1  ///

2      E.    Awarding Ideaflood is costs of suit, including reasonable attorneys fees; and

3      F.    Granting such other and further relief as this Court may deem just and

4  appropriate.

7  Dated: October 4, 2004        CARR & FERRELL *LLP*

9          By _____
10           ROBERT J. YORIO
          ADRIAN R. WOLFF

11         Attorneys for Plaintiff IDEAFLOOD, INC.

## **DEMAND FOR JURY TRIAL**

Ideaflood hereby demands a jury trial of all issues in the above-captioned action which are triable to a jury.

Dated: October 4, 2004          CARR & FERRELL *LLP*


By _____
     ROBERT J. YORIO
     ADRIAN R. WOLFF

Attorneys for Plaintiff IDEAFLOOD, INC.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  General Patent Corporation International.

Dated:  October 4, 2004               CARR & FERRELL *LLP*


By ___/s/_____
    ROBERT J. YORIO
    ADRIAN R. WOLFF

Attorneys for Plaintiff IDEAFLOOD, INC.