

WRITER'S DIRECT DIAL NUMBER
(650) 812-3453

January 18, 2005

**ELECTRONIC FILING**

Honorable Elizabeth D. Laporte
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom E, 15th floor
San Francisco, California 94102

Re:   *Ideaflood, Inc. v. Google, Inc.*
      Case No. C 04-04201 EDL

Dear Judge Laporte:

This firm represents the plaintiff in the above-referenced matter. We write to report to the Court that the parties have reached a settlement of this action. We are in the process of drafting settlement documentation and expect to present a Dismissal to the Court within the next thirty (30) days.

In view of this development, we request that the Case Management Conference, presently set for February 1, 2005, be rescheduled or taken off calendar.

　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　CARR & FERRELL *LLP*

　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　ROBERT J. YORIO

/cmb

cc:  Matthew Powers

2200 GENG ROAD, PALO ALTO, CALIFORNIA 94303
TELEPHONE (650) 812-3400, FACSIMILE (650) 812-3444
CarrFerrell.com

Dockets.Justia.com