

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IDEALFOOD INC.,

                    Plaintiff(s),

      v.

GOOGLE INC.,

                    Defendant(s).

_____/

No. C- 04-04201 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Magistrate Judge Laporte currently scheduled for February 1, 2005 at 10:00 a.m. has been reset to **March 22, 2005** at **10:00 a.m.** Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Parties shall submit a joint case management conference statement no later than March 15, 2005.

Dated: January 18, 2005

                                 FOR THE COURT,
                                 Richard W. Wieking, Clerk

                                 by: _____/S/_____
                                      Lili M. Harrell
                                    Deputy Clerk

**United States District Court**
For the Northern District of California