1   ROBERT J. YORIO  (SBN 93178)
    ADRIAN R. WOLFF (SBN 197447)
2   CARR & FERRELL *LLP*
    2200 Geng Road
3   Palo Alto, CA 94303
    Telephone:  (650) 812-3400
4   Facsimile:   (650) 812-3444

5   Attorneys for Plaintiff
    IDEAFLOOD, INC.

6

7

8                     UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  IDEAFLOOD, INC., a Nevada corporation,        Case No. C 04-4201 EDL

13                              Plaintiff,        **NOTICE OF DISMISSAL
                                                  WITHOUT PREJUDICE**
14        v.

15  GOOGLE, INC., a Delaware corporation,

16                              Defendant.

17

18
          Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Ideaflood,
19
    Inc. hereby dismisses this action without prejudice.
20
    Dated:  March 21, 2005                        Respectfully submitted,
21
                                                  CARR & FERRELL *LLP*
22

23

24                                                By: _____
                                                      ROBERT J. YORIO
25                                                    ADRIAN R. WOLFF

26                                                Attorneys for Plaintiff IDEAFLOOD, INC.

27

28

---
{00141452v1}NOTICE OF DISMISSAL                              (CASE NO. C 04-4201 EDL)

Dockets.Justia.com

1

## PROOF OF SERVICE

2          I am a citizen of the United States.  My business address is 2200 Geng Road, Palo Alto,
CA  94303.  I am employed in the county of Santa Clara where this service occurs.  I am over the
3   age of 18 years, and not a party to the within cause.  I am readily familiar with my employer's
normal business practice for collection and processing of correspondence for mailing with the
4   U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal
Service the same day as the day of collection in the ordinary course of business.

5
          On the date set forth below, following ordinary business practice, I served a true copy of
6   the foregoing document(s) described as:

7                       *NOTICE OF DISMISSAL WITHOUT PREJUDICE*

8      ☐   (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set
forth below, or as stated on the attached service list, on this date before 5:00 p.m., pursuant to
9       C.R.C. rule 2006.  The facsimile machine I used complied with C.R.C. rule 2003, and no error
was reported by the machine. Pursuant to C.R.C. rule 2006(d), I caused the machine to print a
10      transmission record of the transmission, a copy of which will be produced upon request.

11     ☒   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the
United States mail at Palo Alto, California.

12     ☐   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the
offices of the addressee(s).
13

14     ☐   (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight
delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be
served.

15  Michelle Lee
Senior Patent Counsel
16  Google, Inc.
1600 Amphitheatre Parkway
17  Mountain View, CA  94043

18

19     ☒   *(Federal)*  I declare that I am employed in the office of a member of the bar of
this Court at whose direction the service made.

20

21          Executed on March 17, 2005 at Palo Alto, California.

22

23                                                    *Christine Blaufus*
                                               CHRISTINE BLAUFUS

24

25

26

27

28